IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REDWOOD FIRE AND CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>PROSIGHT SPECIALY INSURANCE GROUP, INC. et al<br><br>Defendant. | 8:19CV77<br><br>ORDER |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO, ORDERED.

Dated this 27th day of March 2019.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge