IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**REDWOOD FIRE AND CASUALTY INSURANCE COMPANY**,

          Plaintiff,

v.

**PROSIGHT SPECIALTY INSURANCE GROUP, INC.**, a New York Corporation; and **MAKSIM SARGYSAN DBA MAXIM TRUCKING**,

          Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**

**CASE No. 8:19-CV-77**

/

### **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Redwood Fire and Casualty Insurance Company hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice.

Dated: April 18, 2019

          /s/ *Luke Henkenius*
Luke Henkenius (NE Bar No. 26226)
Jeremy Wells (NE Bar No. 24897)
Redwood Fire and Casualty Insurance Company
1314 Douglas Street, Suite 1400
Telephone: (531) 484-1188
Telephone: (402) 916-3101
Facsimile: (402) 916-3350
Email: lahenkenius@nationalindemnity.com
Email: jrwells@nationalindemnity.com

**ATTORNEYS FOR PLAINTIFF**